# CRIMINAL CASE COVER SHEET       U.S. ATTORNEY'S OFFICE

Defendant Name: <u>BRIAN HEATH DEBUSK and SAVANNAH KAY FULLER</u>   18-166

Place of Offense (City & County): <u>Kingsport/Sullivan County</u>   JRG2

Juvenile: Yes ____ No ____   Matter to be Sealed: Yes ____ No _x_

Interpreter: No ____ Yes ____ Language: _____

Total # of Counts: ___ Petty ___ Misdemeanor (Class __) _4_ Felony

|  | **ORIGINAL COMPLAINT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Possess with the intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. § 841(a)(1) and (b)(1)(B)) | 1 |
|  | Possession of a firearm in furtherance of a drug trafficking offense (18 U.S.C. § 924(c)(1)(A)) | 2 |
|  | Felon in possession of a firearm (18 U.S.C. § 922(g)(1)) | 3, 4 |
|  |  |  |

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No ____ Yes ____ Case No. _____

Defendant on Supervised Release: Yes ____ No ____

Violation Warrant Issued? No ____ Yes ____ Case No. _____

Related Case(s):

_____
Case Number        Defendant's attorney        How related

## Criminal Informations:

Pending criminal case: No ____ Yes ____   Case No. _____

New Separate Case _____   Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____   Appointed: _____

Date: <u>November 14, 2018</u>        Signature of AUSA: <u>*s/J. Gregory Bowman*</u>